No. 92–7002.  JOHNSON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–7003.  DiCESARE v. WALKER ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–7004.  ESTUS v. LYNN.  C. A. 3d Cir.  Certiorari denied.

No. 92–7005.  FRANKLIN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–7006.  MCGEE ET AL. v. COUNTY OF LOS ANGELES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–7007.  SIMPSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–7010.  SMITH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–7011.  PURDY v. COMMODITY FUTURES TRADING COMMISSION.  C. A. 5th Cir.  Certiorari denied.

No. 92–7013.  MAXWELL v. BEYER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–7014.  MURPHY v. OKLAHOMA.  C. A. 10th Cir.  Certiorari denied.

No. 92–7015.  WHITE v. TEXAS.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 92–7016.  RYMAN v. PYLES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–7017.  WARDEN v. PERRY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–7018.  BENTLEY v. SCULLY ET AL.  C. A. 2d Cir.  Certiorari denied.